✓ Priority
___ Send
✓ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK, U.S DISTRICT COURT
DEC 11 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GUTIERREZ ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> CITY OF LOS ANGELES, ET AL. ) <br> ) <br> Defendants. ) | CASE NO. CV00-6375-GAF(AJWx) <br><br> ORDER DISMISSING ACTION BY REASON OF SETTLEMENT |

___ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

The Court has been advised by counsel that this action has been settled and it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that the action is dismissed with prejudice. The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed and further litigation is necessary.

Dated: 12-11-00

_____
GARY ALLEN FEESS
United States District Judge

(51)